**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re**

**D&L CONTRACTORS, INC.**

**Case No. 07-33783-DOT**

**Chapter 7**

**Debtor.**

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividends due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Luck Stone<br>P.O. Box 29871<br>Richmond, VA 23242-0871 | $2.84 |
| Dowling Signs Incorporated<br>P.O. Box 7125<br>Fredericksburg, VA 22404-0000 | $1.18 |
| Sesco - DSS<br>1311 Jefferson Davis Hwy.<br>Fredericksburg, VA 22401 | $1.42 |
| Trade Service<br>15092 Avenue of Science<br>San Diego, CA 92128-0000 | $3.65 |
| R E Michel<br>Attn: Credit Dept<br>1 R.E. Michel Drive<br>Glen Burnie, MD 21060 | $2.56 |
| eCast Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | $4.34 |
| Total to be Remitted: | $15.99 |

Dated: October 11, 2013 */s/ Lynn L. Tavenner*
Lynn L. Tavenner, Trustee
20 North Eighth Street, Second Floor
Richmond, VA  23219
(804) 783-8300

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee on October 11, 2013.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner